No. 17,554.

BRUCE T. KING *v.* GEORGE S. CONLEY, DOING BUSINESS AS
GEORGE S. CONLEY COMPANY.

(283 P. [2d] 645)

Decided May 9, 1955.   Rehearing denied May 31, 1955.

Mr. PETER J. LITTLE, for plaintiff in error.

Mr. DUANE O. LITTELL, Mr. ROBERT W. MESCH, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.